JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TALON HAYNER,             )    Case No. ED CV 18-2093-DSF (SP)

         Plaintiff,      )

            v.           )    **JUDGMENT**

RIVERSIDE COUNTY, et al.,  )

         Defendants.  )

        Pursuant to the Memorandum and Order Granting Voluntary Dismissal,

       IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: May 1, 2019

_____

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE